NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE J-MED PHARMACEUTICALS, INC.

---

2011-1415
(Reexamination No. 90/008,111)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

J-Med Pharmaceuticals, Inc. moves without opposition for a 90-day extension of time, until December 14, 2011, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions.

FOR THE COURT

**SEP 1 2 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Porter Farrar Fleming, Esq.
    Raymond T. Chen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**SEP 1 2 2011**

**JAN HORBALY**
**CLERK**